## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LLOYD J. FLEMING,                          )
                                           )
        Plaintiff,           )
                                           )
        v.                   )   **Civil Action No. 12-0330 (RJL)**
                                           )
RICHARD COWARD *et al.*,                   )
                                           )
        Defendants.          )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 2ᵈ day of ~~July~~ *August* 2012,

**ORDERED** that the federal defendants' second motion for an extension of time to respond to the complaint [Dkt. # 15] is **GRANTED** *nunc pro tunc*; it is further

**ORDERED** that the federal government defendants' motion to dismiss under Fed. R. Civ. P. 12(b)(1) [Dkt. # 24] is **GRANTED**; it is further

**ORDERED** that pursuant to 28 U.S.C. § 1447(c), this case is **REMANDED** to the Superior Court of the District of Columbia.

_____
RICHARD J. LEON
United States District Judge